UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED VILLERY,<br><br>    Plaintiff,<br><br>v.<br><br>JAY JONES, et al.,<br><br>    Defendants. | No. 1:15-cv-01360-DAD-MJS<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 19) |

Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 13, 2017, the assigned magistrate judge screened plaintiff's first amended complaint and found that it states cognizable First Amendment claims against defendants Jones, Schmidt, Yerton, Escarcega and Nelson, but no other cognizable claims. (Doc. No. 19.) The magistrate judge therefore recommended that plaintiff be allowed to proceed on the cognizable claims identified in the screening order, and that all other claims and defendants be dismissed from this action. The parties were provided fourteen days to file objections to those findings and recommendations. (*Id.*) To date, neither party has done so, and the time for doing so has now passed.

/////

1

| | |
|---:|---|
| 1 | In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a |
| 2 | *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings |
| 3 | and recommendations to be supported by the record and by proper analysis. |
| 4 | Accordingly, |
| 5 | 1. The findings and recommendations issued November 13, 2017 (Doc. No. 19) are |
| 6 | adopted in full; |
| 7 | 2. Plaintiff shall proceed in this action on his First Amendment claims against |
| 8 | defendants Jones, Schmidt, Yerton, Escarcega and Nelson; and |
| 9 | 3. All other claims alleged in plaintiff's first amended complaint and all other |
| 10 | defendants named therein are dismissed from this action. |
| 11 | IT IS SO ORDERED. |
| 12 | Dated: **January 10, 2018** |
| 13 | UNITED STATES DISTRICT JUDGE |