IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED M. VILLERY,<br><br>   Plaintiff,<br><br>v.<br><br>J. JONES, et al.,<br><br>   Defendants. | Case No. 1:15-cv-01360-DAD-JDP<br><br>ORDER GRANTING DEFENDANTS' MOTION AND GRANTING IN PART PLAINTIFF'S MOTION TO RESCHEDULE<br><br>ECF Nos. 58 and 62 |

  Good cause having been shown, the current deadline for filing dispositive motions is held in abeyance pending resolution of plaintiff's discovery motion. ECF No. 57. The court will reset the date for filing dispositive motions after the outstanding motion has been resolved. Therefore, defendant's motion, ECF No. 62, is granted, and plaintiff's motion, ECF No. 58, is granted in part.

IT IS SO ORDERED.

Dated:  July 18, 2019              _____
                            UNITED STATES MAGISTRATE JUDGE