UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED M. VILLERY,<br><br>    Plaintiff,<br><br>v.<br><br>J. JONES, *et al*.<br><br>    Defendants. | Case No. 1:15-cv-01360-DAD-JDP<br><br>ORDER SETTING OCTOBER 30, 2019, DEADLINE FOR STATEMENT ON DISCOVERY ISSUES |

    Plaintiff Jared M. Villery is a state prisoner proceeding without counsel in this civil rights action based on 42 U.S.C. § 1983. On August 28, 2019, I held a telephonic hearing with the parties to discuss discovery issues related to Villery's outstanding motion to compel, ECF No. 57. Based on discussion at the hearing, it appears that many—if not all—of the outstanding discovery issues could be resolved via negotiations between the parties, without the necessity of a court ruling.

    The parties have until the close of business on October 30, 2019, to meet and confer and to submit a statement of no more than three pages summarizing the status of their efforts to resolve the open discovery issues. If possible, the statement should be prepared jointly. Although I would prefer a joint statement, the parties may submit individual statements if they are unable to draft a joint statement. I will assess the need for another hearing and will consider the motion to compel after October 30.

IT IS SO ORDERED.

Dated:   August 29, 2019

*(signature: Jeremy Peterson)*
UNITED STATES MAGISTRATE JUDGE

No. 205