UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED M. VILLERY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J. JONES, *et al*.<br><br>　　　　Defendants. | Case No. 1:15-cv-01360-DAD-JDP<br><br>ORDER SETTING A TELEPHONIC HEARING ON THE REMAINING CONTESTED ISSUES IN PLAINTIFF'S MOTION TO COMPEL<br><br>ECF Nos. 57, 70<br><br>ORDER THAT THE PARTIES SUBMIT A JOINT STATEMENT ON OUTSTANDING ISSUES ONE WEEK BEFORE HEARING |

Plaintiff Jared M. Villery is a state prisoner proceeding without counsel in this civil rights action pursuant to 42 U.S.C. § 1983. On May 29, 2019, plaintiff filed a motion to compel additional responses to interrogatories and the production of more documents. ECF No. 57. On August 28, 2019, the court held an informal telephonic hearing to discuss the issues and, the next day, ordered that the parties file a joint statement of the outstanding issues by October 30, 2019. ECF No. 67. On October 30, 2019, the parties filed such a statement, identifying several issues of continued disagreement and two issues that would require an additional 30 days to resolve. *See* ECF No. 70.

The court sets this matter for a telephonic hearing on February 24, 2020, at 2:00 p.m. Pacific Time before Magistrate Judge Jeremy D. Peterson. To appear telephonically, each party is to use the following dial-in number and passcode: dial-in number 888-204-5984; passcode code 4446176. Plaintiff shall arrange with the staff at his institution of confinement

for his attendance at the conference. Plaintiff's institution of confinement shall make him available for the conference at the date and time indicated above. Prior to the conference, defense counsel shall confirm with plaintiff's institution of confinement that arrangements have been made for plaintiff's attendance.

By the close of business on February 17, 2020, the parties are ordered to submit a joint statement addressing any outstanding issues. The statement should address whether the two issues identified as requiring an additional thirty days have been resolved. *See* ECF No. 70 at 2.

The parties are again encouraged to confer prior to the hearing. If the parties can reach any additional agreement on the scope of discovery before the hearing, they should note that in the joint statement to be submitted by close of business on February 17.

IT IS SO ORDERED.

Dated:   January 29, 2020

UNITED STATES MAGISTRATE JUDGE

No. 205.

2