UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED M. VILLERY,<br><br>    Plaintiff,<br><br>    v.<br><br>J. JONES, *et al*.<br><br>    Defendants. | Case No. 1:15-cv-01360-DAD-JDP<br><br>ORDER SETTING DEADLINE FOR UPDATES ON DISCOVERY ISSUES<br><br>MARCH 9, 2020 DEADLINE |

    Plaintiff Jared M. Villery is a state prisoner proceeding without counsel in this civil rights action pursuant to 42 U.S.C. § 1983. On February 24, 2020, the court held an informal telephonic hearing and status conference on the six outstanding issues in plaintiff's motion to compel. *See* ECF No. 57. During the hearing, counsel for defendant Nelson informed the court that a production relating to one of the six outstanding issues had recently been mailed to plaintiff. *See* ECF No. 76 at 2 (describing background). At the time of the hearing, plaintiff had yet to receive this production.

    The court believes it is prepared to decide the other five outstanding discovery issues. By no later than March 9, 2020, plaintiff may notify the court if he views defendant Nelson's recently mailed responsive production as insufficient. Otherwise, the court will consider the issue resolved and will decide the remaining issues soon thereafter.

    Should any party have an update on the status of an outstanding discovery issue, that update must therefore be received no later than March 9, 2020.

IT IS SO ORDERED.

Dated:     February 25, 2020

_____
UNITED STATES MAGISTRATE JUDGE

No. 205.