UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED M. VILLERY,<br><br>    Plaintiff,<br><br>    v.<br><br>J. JONES, *et al*.<br><br>    Defendants. | Case No. 1:15-cv-01360-DAD-JDP<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION<br><br>ECF No. 91<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN INFORMAL TELEPHONIC CONFERENCE<br><br>ECF No. 92<br><br>HEARING SET FOR AUGUST 21, 2020, AT 10:00 A.M. |

   Plaintiff's request for an extension of time, ECF No. 91, is granted. He shall have up to and including September 21, 2020, to file a motion for partial summary judgment.

   Plaintiff's request for an informal telephonic status conference, ECF No. 92, is also granted. While the court is highly reluctant to reopen discovery, the court will hear from the parties on the several matters plaintiff identifies in his motion. The court therefore sets an informal telephonic status conference for August 21, 2020, at 10:00 a.m. The parties shall use the dial-in 888-204-5984 and the passcode 4446176. Defense counsel shall make arrangements with plaintiff's institution of confinement for his attendance. No later than one week before the conference, defendants shall also submit a statement of no more than five pages on the issues plaintiff identifies and any others that should be discussed. Because some

defendants are separately represented, they may submit joint or separate statements as needed.

IT IS SO ORDERED.

Dated: July 29, 2020

*/s/ Jeremy Peterson*
UNITED STATES MAGISTRATE JUDGE

No. 205.