UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED M. VILLERY,<br><br>    Plaintiff,<br><br>    v.<br><br>JAY JONES, *et al.*,<br><br>    Defendants. | Case No. 1:15-cv-01360-DAD-JDP<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR SERVICE OF SUBPOENAS AND DIRECTING SERVICE BY THE UNITED STATES MARSHALS WITHOUT PREPAYMENT OF COSTS<br><br>ECF No. 100<br><br>ORDER DIRECTING CLERK TO ATTACH COPIES OF SUBPOENAS TO THIS ORDER |

    Plaintiff's motion for the issuance of subpoenas, ECF No. 100, appears on its face to align with the parties' and the court's previous discovery discussions, and complies with the requirements of Rule 34 of the Federal Rules of Civil Procedure. The court will therefore grant the motion and order service of the subpoenas attached to the motion.

    Accordingly, it is ordered that that:

1. The Clerk of Court shall forward the following documents to the United States Marshals Service:
    a. The three (3) completed and issued subpoena *duces tecum*;
    b. Three (3) completed USM-285 forms; and
    c. Four (4) copies of this order, one to accompany each subpoena and one for the United States Marshals Service.

2. The Clerk of Court is directed to attach a copy of the three completed subpoenas *duces tecum* to this order.

3. Within twenty (20) days from the date of this order, the United States Marshals Service shall effect personal service of the subpoena, along with a copy of this order, upon the following nonparties pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c):

   a. Brian Cates, Warden, California Correctional Institution, Tehachapi
   b. Timothy M. Lockwood, Office of Internal Affairs, CDCR
   c. Roy W. Wesley, Office of the Inspector General

4. The United States Marshals Service is directed to retain a copy of the subpoenas in its file for future use.

5. Within ten (10) days after personal service is effected, the United States Marshals Service shall file the return of service.

IT IS SO ORDERED.

Dated:   October 2, 2020                                   _____
                                                           UNITED STATES MAGISTRATE JUDGE

No. 205.