UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED M. VILLERY,<br><br>Plaintiff,<br><br>v.<br><br>JAY JONES, ET. AL.,<br><br>Defendant. | Case No. 1:15-CV-01360-DAD-HBK<br><br>ORDER TO FILE JOINT STATEMENT REGARDING PLAINTIFFS MOTION TO COMPEL<br><br>(Doc. No. 120) |

Pending before the Court is Plaintiff's belated motion to compel directed at Defendant Nelson. (Doc. Nos. 120). Defendant Nelson timely filed an opposition to plaintiff's motion to compel. (Doc. No. 122). And, Plaintiff filed a reply. (Doc. No. 125).

Prior to ruling on the pending discovery dispute and considering the District Court's Order granting Plaintiff's motion for reconsideration (Doc. No. 134), the Court will require the parties to telephonically meet and confer to try to narrow the discovery issues in dispute. If the parties are not able to fully resolve the discovery dispute, the parties shall file a joint statement outlining the discovery issues in dispute as set forth below. After review of the joint statement, the Court will, if necessary, schedule this matter for a telephonic hearing on the discovery dispute.

Accordingly, it is now **ORDERED**:

1. The parties shall telephonically meet and confer in good faith to attempt to resolve the outstanding discovery dispute **no later than July 9, 2021**.

2. If the parties resolve their discovery disputes, they shall file a notice with the Court.

3. If the parties are not able to resolve their discovery dispute, they shall file a joint statement, not to exceed six pages (three pages per party), outlining which items of discovery remain in dispute **no later than July 23, 2021**. Not more than six pages in exhibits (three pages per party) may be attached to the joint statement.

4. Upon review of the joint statement, the Court, if necessary, will schedule this matter for a telephonic hearing on the discovery dispute.

IT IS SO ORDERED.

Dated: June 24, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2