UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED M. VILLERY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JAY JONES, ET. AL.,<br><br>　　　　　Defendants. | Case No.  1:15-cv-01360-ADA-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No.  184) |

　　　　Plaintiff Jared M. Villery ("Plaintiff") initiated this action, proceeding *pro se*, by filing a prisoner civil rights compliant under 42 U.S.C. § 1983.  The matter was referred to the assigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On October 14, 2022, the assigned Magistrate Judge issued a findings and recommendations, recommending the district court grant Defendant Nelson's motion for summary judgment.  (ECF No. 184.)  The findings and recommendations provided a fourteen-day objection period to file any objections.  (*Id.* at 1, 18.)   No party has filed objections and the time to do so has passed.  (*See* docket.)

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

ACCORDINGLY:

1. The Findings and Recommendations issued on October 14, 2022 is ADOPTED in full;

2. Defendant Nelson's motion for summary judgment, (ECF No. 85), is GRANTED; and

3. Defendant Nelson is DISMISSED.

IT IS SO ORDERED.

Dated:   December 1, 2022

_____
UNITED STATES DISTRICT JUDGE